1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  JASON ALLEN, JESSICA GONZALES, CHRIS WASH and MICHAEL IHEKE, | Case No. 8:16−cv−01530 JVS (JCGx) |
| 12                         Plaintiffs, | **ORDER ENTERING STIPULATED PROTECTIVE ORDER** |
| 13              vs. | Judge: Hon. James V. Selna |
| 14  SPRINT/UNITED MANAGEMENT CO. | Courtroom: 10C |
| 15  and Does 1 through 20, inclusive, | (Orange County Case No. 30-2016-00859916-CU-OE-CJC) |
| 16                         Defendants. | Compl. Filed: June 24, 2016 |
| 17  | Trial Date: TBD |

18
19
20
21
22
23
24
25
26
27
28

<u>**ORDER**</u>

**IT IS HEREBY ORDERED**, good cause appearing, that the terms of the Stipulated Protective Order submitted by Plaintiffs JASON ALLEN, JESSICA GONZALES, CHRIS WASH, and MICHAEL IHEKE and Defendant SPRINT/UNITED MANAGEMENT CO. meet with the approval of the Court. The Stipulated Protective Order is hereby adopted as the Order of this Court.

**IT IS SO ORDERED**.

Date:     September 6, 2016

Hon. Jay C. Gandhi
United States Magistrate Judge

---

ORDER ENTERING STIPULATED PROTECTIVE ORDER